IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY HASTINGS, JR.**                                                                        **PLAINTIFF**

v.                              **Case No. 4:22-cv-00498 KGB**

**SELECTQUOTE INSURANCE SERVICES,** *et al.*                                **DEFENDANT**

## ORDER

Before the Court is a notice of dismissal without prejudice as to defendant Allied Insurance Partners, Inc., only (Dkt. No. 11). The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1).

For good cause shown, the Court adopts the notice of dismissal without prejudice as to Allied Insurance Partners, Inc. The action is dismissed without prejudice as to Allied Insurance Partners, Inc., only.

It is so ordered this 21st day of December 2022.

_____
Kristine G. Baker
United States District Judge